UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GUESS?, Inc., a Delaware corporation,<br><br>Defendants. | Case No.: 3:20-cv-01670-BEN-MSB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[ECF NO. 4]** |

The Parties jointly move for the first time to extend the time for Defendant GUESS?, Inc. to respond to the Complaint filed on August 26, 2020. The Court has reviewed the motion and finds good cause to grant the motion exists. The joint motion is hereby **GRANTED**. Defendants shall respond to the Complaint on or before **October 22, 2020.**

**IT IS SO ORDERED.**

DATED: September 23, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge